## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

     v.                                Civil Action No. 3:15-cv-04433-WHA

JOHN DOE, subscriber assigned IP address
24.5.190.22,

        Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 24.5.190.22. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  January 12, 2016

.

                                    Respectfully submitted,

                                    By:    /s/ *Brenna E. Erlbaum*
                                    Brenna E. Erlbaum
                                    Heit Erlbaum, LLP
                                    501-I South Reino Road, #344
                                    Newbury Park, CA 91320

Phone: 805-231-9798
Email:  brenna.erlbaum@helaw.attorney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum